NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Caleb Bartels, | No. CV-21-01058-PHX-SRB |
| Petitioner, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Respondents. | |

Petitioner filed his Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on September 27, 2021 raising two grounds for relief: 1) a Fifth Amendment denial of due process claim; and 2) a Fourth Amendment illegal search claim. Respondents filed their Response to Petitioner's Amended Petition for Writ of Habeas Corpus on November 19, 2021. No reply was filed. On February 24, 2022, the Magistrate Judge issued his Report and Recommendation recommending that the amended petition be dismissed with prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

. . .

1    **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate
2    Judge as the order of this Court. (Doc. 18)
3    **IT IS FURTHER ORDERED** denying Petitioner's Amended Petition for Writ of
4    Habeas Corpus and dismissing it with prejudice. (Doc. 10)
5    **IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave
6    to proceed in forma pauperis on appeal because Petitioner has not made a substantial
7    showing of the denial of a constitutional right.
8    **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

10   Dated this 29th day of March, 2022.

_____
Susan R. Bolton
United States District Judge